UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUNTRUST BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:08-CV-470 |
| | ) | (VARLAN/SHIRLEY) |
| MBI, LLC, | ) | |
| WLO, LLC, | ) | |
| MICHAEL V. BIBLE, and | ) | |
| SHARON M. BIBLE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on the Motion to Request Automatic Stay of Proceedings against Defendant Michael Bible [Doc. 27]. In the motion, Mr. Bible avers that he filed a Chapter 7 voluntary bankruptcy petition on August 17, 2009 in the United States Bankruptcy Court for the District of Puerto Rico; that the filing of this bankruptcy petition enjoins creditors, pursuant to 11 U.S.C. § 362, from further pursuing their collection efforts; and that plaintiff SunTrust Bank was listed as a creditor in the debtor's Schedules [*Id.*]. On these grounds, Mr. Bible requests that this Court stay the proceedings in this case with respect to him.

Plaintiff has filed no opposition to this motion, and the time for doing so has now passed. *See* E.D.TN. LR 7.1, 7.2. Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought. *Id.* LR 7.2. In light of the lack of opposition, and for good cause shown, the Motion to Request Automatic Stay of Proceedings against Defendant

Michael Bible [Doc. 27] is hereby **GRANTED**. This case is **STAYED** as to Mr. Bible pending the resolution of his bankruptcy proceedings in the United States Bankruptcy Court for the District of Puerto Rico. The parties are **DIRECTED** to notify the Court upon entry of any order by the Bankruptcy Court that may affect the status of the stay in this case within ten (10) days of the entry of such order.

    IT IS SO ORDERED.

    s/ Thomas A. Varlan
    UNITED STATES DISTRICT JUDGE